UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


REGINALD BIGSBY              ]
    Plaintiff,            ]
                             ]
v.                           ]       No. 3:10-1185
                             ]       Judge Campbell
SHERIFF ROBERT ARNOLD        ]
    Defendant.           ]


**M E M O R A N D U M**

The plaintiff, proceeding *pro se*, is an inmate at the Rutherford County Adult Detention Center in Murfreeboro, Tennessee. He brings this action pursuant to 42 U.S.C. § 1983 against Robert Arnold, Sheriff of Rutherford County, seeking damages.

The plaintiff suffers from a number of maladies. These maladies include a degenerated disc in his neck, glaucoma, high blood pressure and an impairment to his right arm. The plaintiff claims that he has not received adequate medical care for these health issues.

The defendant is a county sheriff. The plaintiff can not sue him solely because of his status as a supervisor or chief executive officer. 42 U.S.C. § 1983 will not support a claim posed on a respondeat superior theory of liability. Polk County v. Dodson, 454 U.S. 312, 325 (1981). Where there is no allegation of participation, either directly or indirectly, by a supervisor in an

allegedly wrongful act, the complaint fails to state a cause of action upon which relief can be granted. *see* <u>Dunn v. Tennessee</u>, 697 F.2d 121, 128 (6th Cir.1982), *cert. denied,* 460 U.S. 1086 (1983).

In this case, there has been no showing that the defendant had knowledge of the plaintiff's alleged medical needs or participated, either directly or indirectly, in the decision to deny the plaintiff a particular course of medical care. Consequently, this action is subject to dismissal because the plaintiff has failed to state a claim against the defendant upon which relief can be granted. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Todd Campbell
United States District Judge